## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARGO E. BATTLE, | ) |
| PLAINTIFF, | ) ) ) |
| vs. | ) ) CASE No. 09-CV-106-TCK-FHM ) |
| J-M MANUFACTURING COMPANY INC., d/b/a JM EAGLE, | ) ) ) ) |
| DEFENDANT. | ) |

### OPINION AND ORDER

The Joint Motion for Stipulated Protective Order [Dkt. 26] is DENIED without prejudice to refiling.

The Stipulated Protective Order does not contain the following two provisions, which the Court requires:

1) Only information that the producing party and counsel believe in good faith to be entitled to protection under Fed.R.Civ.P. 26(c) may be designated as confidential and subject to the protective order;

2) The Court may modify or dissolve the protective order for good cause.

SO ORDERED this 7th day of April, 2010.

FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE